**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2073**
_____

ALICE FAYE HOLDER,

              Plaintiff – Appellant,

        v.

TOWN OF ZEBULON,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:14-cv-00018-F)

_____

Submitted:  February 20, 2015        Decided:  February 27, 2015

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Alice Faye Holder, Appellant Pro Se. Allison Cohan, Amy Ruth Holbrook, BROWN LAW, LLP, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice Faye Holder appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holder v. Town of Zebulon, No. 5:14-cv-00018-F (E.D.N.C. Sept. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED